Alan M. Bartlett *[illegible]
3250 West [illegible]
Phoenix, Arizona [illegible]

Plaintiff - Pro Se

In The United States District Court
And In The District Of Michigan

Alan M. Bartlett,
Plaintiff

vs.

Douglas A. Ducey,
Arizona Supervisor
of Economic Security,
Clerk of Maricopa
County Superior Court,
State of Arizona
Attorney General,
Maricopa County
Attorney Office,
Michael K. Jeans,
Marc Brenovich,
William [illegible],
Brent T. [illegible],
Christopher Whitten

**INJUNCTION
AGAINST
MAIL FRAUD
AND COLLECTION
SCHEME
HARASSMENT**

Case:2:17-cv-14133
Judge: Cleland, Robert H.
MJ: Whalen, R. Steven
Filed: 12-21-2017 At 02:50 PM
CMP ALAN BARTLETT V DOUGLAS DUCEY,
ET AL (LG)

**Poor Quality
Original**

Civil Cover Sheet Attachment)

<u>Defendant(s)</u>   (Continued)

6) Michael K. Jeanes
175 W. Madison St,
Phoenix, Az 85003

7) Marc Errovich
1275 W. Washington St,
Phoenix, Az 85007

8) William Montgomery
301 W. Jefferson St,
Phoenix, Az 85003

9) Jeffery Robert Harrison
175 W. Madison St,
Phoenix, Az 85003

10) Christopher Whitten
175 W. Madison St,
Phoenix, Az 85003

3 of 3                    (end of defendants)

# I.
## JURISTICTION

Juristiction and venue

are proper under 28 USC 1291,

# II.
## PLAINTIFF AND DEFENDANT

Plaintiff:

Alan M. Bartlett, #242560,
a Michigan resident in Shiawassee
County, 3850 W. Lower Buckeye Road,
Phoenix, Arizona 85009

Defendant:

Douglas A. Ducey, an Arizona
resident in Maricopa County,
1700 W. Washington Street, Suite 4800,
Phoenix, Arizona 85007

Defendant:

Arizona Department of Economic
Security, an Arizona agency
in Maricopa County, P.O. Box 60,

Phoenix, Arizona 85001-0060

Defendant:
Arizona Department of Economic
Security, an Arizona agency
in Maricopa County, P.O. Box
4045C, Phoenix, Arizona 85067

Defendant:
Clerk of Maricopa County Superior
Court, an Arizona agency in
Maricopa County, P.O. Box 25426,
Phoenix, Arizona 85002

Defendant:
State of Arizona Attorney
General, an Arizona agency in
Maricopa County, 1275 W. Washington
Street, Phoenix, Arizona 85007

Defendant:
Maricopa County Attorney Office,
an Arizona agency in Maricopa
County, 301 West Jefferson Street,
Phoenix, Arizona 85003.

(3)

Defendant:

Michael K. Jeans, an Arizona
resident in Maricopa County,
175 West Madison Street, Phoenix,
Arizona 85003

Defendant:

Marc Brnovich, an Arizona
resident in Maricopa County,
1275 West Washington Street,
Phoenix, Arizona 85007

Defendant:

William Montgomery, an Arizona
resident in Maricopa County,
301 West Jefferson Street, Phoenix,
Arizona 85003

Defendant:

Robert Jeffery Weatherns, an
Arizona resident in Maricopa
County, 175 West Madison Street,
Phoenix, Arizona 85003

Defendant:

Christopher Whitten, an

(4)

Arizona resident in Maricopa County, 175 West Madison Street, Phoenix, Arizona 85003

## III.

## COMPLAINT

Alan M. Bartlett, pro se, hereby applies to this Honorable Court for an Injunction Against Mail Fraud And Invoice Collection Scheme Harassment.

It is hereby requested that the Defendant(s) be ordered to discontinue any unsolicited contact by telephone, mail,

(5)

third-party, and/or by and
through it's agents to circumvent
any further unlawful mail
fraud collection invoice schemes.

## SPECIAL CONDITIONS

1) <u>Data Link</u> - discontinue warrantless
use of data link tracking software
on Bartlett's body, living
conditions, and family members
and/or living conditions.

2) <u>U.S. Mail</u> - discontinue
mail catching, and/or
interception of incomming/
outgoing mail. (mail cover)

3) <u>U.S. Mail</u> - discontinue the
use of mail fraud invoice
collection schemes on
Bartlett.
(see exhibit 1-4 for invoices)

4) _Financial Institutions and Creditors_ - discontinue unauthorized use of Bartlett's identity and/or identifiers to access bank and credit accounts.

5) _Family and Friends_ - discontinue any unsolicited contact with Bartlett's family and/or friends.

6) _Mail Fraud Invoice Collection Schemes Under 15 USC 1692_ - discontinue the use/abuse of any government office for the purpose to carry out unlawful mail fraud invoice collection schemes.

The aforementioned special conditions are requested because Bartlett has exercised reasonable

(7)

measures to circumvent those life threatening mail fraud collection invoice schemes and absent relief in this matter, the likelyhood those mail fraud invoice collection schemes will continue is more likely than none.

This injunction is effective immediately upon acceptance by the Clerk of the United States District Court.

DATED this 14th day of December, 2017.

_Alan M. Bartlett_
Plaintiff - Pro Se

# EXIBIT

# ONE

Arizona Department of Economic
Security Mail Fraud Invoice
Schemes.

This debt covered by restitution
in Maricopa County Superior
Court, case no. CR2001-013753

Overpayment amount paid in
full through website:

https://ptl.az.gov/app/disops/index.xhtml
DES Account no.: 000015269
Date of Birth: 04-30-80

This paid off in 2090 and fraudsters
still use the mails for invoice
collection schemes.

(9)

**Arizona Department of Economic Security**
**Office of Accounts Receivable and Collections, MD 1261**
**P.O. Box 504097, St. Louis, Missouri 63150-4097**
**(602) 252-0024 or 1-800-236-1475**

# MONTHLY STATEMENT OF ACCOUNT

DES ACCOUNT NO:   **0000152609**        AZTECS NO:   **01401140**        MONTH:   **10/2017**

CONTACT:       **DAWN M.**                    **602-542-2106**        DUE DATE:   **11/20/2017**

```
ALAN BARTLETT
#T242560 LOWER BUCKEYE JAIL
3250 W LOWER BUCKEYE RD
PHOENIX AZ 85009-6729
```

| PROG. TYPE | PREVIOUS BALANCE | DEBTS/INT./ ADJUST. | CASH PAID | NUTRITION ASSISTANCE | RECOUP. OFFSET | CREDIT/ ADJUST. | TOTAL REFUNDS | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 70 | 5032.04 | 12.68 | | | | | | 5044.72 |
| TOTALS | 5032.04 | 12.68 | | | | | | 5044.72 |

See reverse for an explanation of the PROGRAM TYPE codes.

*(KEEP THIS UPPER PORTION FOR YOUR RECORDS)*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*(PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT)*

NAME:  **ALAN BARTLETT**                                   TOTAL AMOUNT ENCLOSED: _____

DES ACCOUNT NO:  **0000152609**

Visit our website at **https://ptl.az.gov/app/desops/index.xhtml** to make on-line payments or make your checks or money orders payable to the Department of Economic Security and return it in the **envelope provided** to: Arizona Department of Economic Security, Office of Accounts Receivable and Collections, P.O. Box 504097, St Louis, MO 63150-4097. **Write your DES Account No. on your payment.**

If you would like your payment applied to a specific program type, please enter it in the box.       **Program Type No.** [          ]

Individual account holders may sign-up today at **https://extranet.azdes.gov/dbf/estatement** to go paperless. You will receive e-mail notification when your bill is ready to view.

Written inquiries can be sent to us at Arizona Department of Economic Security, P.O. Box 60, Phoenix, AZ 85001-0060.

MONTH:   **10/2017**

**Arizona Department of Economic Security**
**Office of Accounts Receivable and Collections, MD 1261**
**P.O. Box 504097, St. Louis, Missouri 63150-4097**
**(602) 252-0024 or 1-800-236-1475**

## MONTHLY STATEMENT OF ACCOUNT

DES ACCOUNT NO:   **0000152609**          AZTECS NO.:   **01401140**          MONTH:   **11/2017**

CONTACT:   **DAWN M.**          **602-542-2106**          DUE DATE:   **12/20/2017**

```
ALAN BARTLETT
#T242560 LOWER BUCKEYE JAIL
3250 W LOWER BUCKEYE RD
PHOENIX AZ 85009-6729
```

| PROG. TYPE | PREVIOUS BALANCE | DEBTS/INT./ ADJUST. | CASH PAID | NUTRITION ASSISTANCE | RECOUP. OFFSET | CREDIT/ ADJUST. | TOTAL REFUNDS | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| 70 | 5044.72 | 12.68 | | | | | | 5057.40 |
| | | | | | | | | |
| **TOTALS** | **5044.72** | **12.68** | | | | | | **5057.40** |

See reverse for an explanation of the PROGRAM TYPE codes.

*(KEEP THIS UPPER PORTION FOR YOUR RECORDS)*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*(PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT)*

NAME:  **ALAN BARTLETT**          TOTAL AMOUNT ENCLOSED: _____

DES ACCOUNT NO:  **0000152609**

Visit our website at **https://ptl.az.gov/app/desops/index.xhtml** to make on-line payments or make your checks or money orders payable to the Department of Economic Security and return it in the **envelope provided** to: Arizona Department of Economic Security, Office of Accounts Receivable and Collections, P.O. Box 504097, St Louis, MO 63150-4097. **Write your DES Account No. on your payment.**

If you would like your payment applied to a specific program type, please enter it in the box.     **Program Type No.** [_____]

Individual account holders may sign-up today at **https://extranet.azdes.gov/dbf/estatement** to go paperless. You will receive e-mail notification when your bill is ready to view.

Written inquiries can be sent to us at Arizona Department of Economic Security, P.O. Box 60, Phoenix, AZ 85001-0060.

MONTH:   **11/2017**

# EXHIBIT TWO

Arizona Department of Economic
Security Invoice
Experience.

This is a fraud collection
on a "dismissed" family
court matter in Maricopa
County Superior Court,
case no. FC2001-005978

No such debt for this
amount                  $21,333.00

CHILD SUPPORT - DCSE - NORTH MCPA
PO BOX 40458
PHOENIX, AZ 85067

CHILD SUPPORT - DCSE - NORTH MCPA
PO BOX 40458
PHOENIX, AZ 85067
PHONE(S)(602) 252-4045

NOVEMBER 10, 2017

** CONTACT ADDRESS ABOVE **

171102

ALAN BARTLETT
201 S 4TH AVE
023502         PHOENIX AZ  85003-2138
իլիսկիիլիկիկիկինկիկիկիկինկիկիկիկիկի

| SSN | CASE NUMBER | LOCAL ID | PAST DUE AMOUNT CLAIMED |
|-----|-------------|----------|-------------------------|
| ***-**-1960 | 000226610801 | 009 | $31,233.00 ( TANF ) |

The agency identified above has determined that you owe past-due child and/or spousal support. Our records show that you owe at least the amount shown above. If your case was submitted to the United States Department of the Treasury for collection in the past, this amount is subject to collection at any time by Administrative Offset and/or Federal Tax Refund Offset. If your case has not already been submitted to the United States Department of the Treasury and you do not pay in full within 30 days from the date of this notice, this amount will be referred for collection by Administrative Offset and/or Federal Tax Refund Offset. Under Administrative Offset (31 U.S.C.3716), certain Federal payments that might otherwise be paid to you will be intercepted, either in whole or in part, to pay past-due child and/or spousal support. Under Federal Tax Refund Offset (42 U.S.C.664;26 U.S.C.6402), any Federal Income Tax Refund to which you may be entitled will be intercepted to satisfy your debt. The amount of your past-due support will also be reported to consumer reporting agencies.

If you owe or owed arrearages of child support in an amount exceeding $2,500, the agency identified above will certify your debt to the State Department pursuant to 42 USC 654(31). Once you are certified, the Secretary of State will refuse to issue a passport to you, and may revoke, restrict or limit a passport that was previously issued.

Your debt will remain subject to Federal Tax Refund Offset, Administrative Offset, and/or passport certification until it is paid in full. Important: If you owe current support, any further arrears accruing due to payments missed may be added to your debt and will be subject to collection by Federal Tax Refund Offset and/or Administrative Offset now or in the future without further notice. To determine additional amounts owed or the total amount past-due which the agency has submitted for collection, you may contact us at the address or phone number listed above.

You have a right to contest our determination that this amount of past-due support is owed, and you may request an administrative review. To request an administrative review, you must contact us at the address or phone number listed above within 30 days of the date of this notice. If your support order was not issued in our state, we can conduct the review or, if you prefer, the review can be conducted in the state that issued the support order. If you request, we will contact that state within 10 days after we receive your request and you will be notified of the time and place of your administrative review by the state that issued the order. All requests for administrative review, or any questions regarding this notice or your debt, must be made by contacting the agency identified above.

If you are married, filing a joint income tax return, and you incurred this debt separately from your spouse, who has no legal responsibility for the debt and who has income and withholding and/or estimated tax payments, your spouse may be entitled to receive his or her portion of any joint Federal Tax Refund. If your spouse meets these criteria, he or she may receive his or her portion of the joint refund by filing a Form 8379 - Injured Spouse Claim and Allocation. Form 8379 should be attached to the top of the Form 1040 or 1040A when you file, or filed according to other instructions as indicated on the Form 8379.

# EXHIBIT

# THREE



Arizona Department of Economic
Security Mail Fraud Collection
Invoice School

This is a fraudulent
garnishment of State income
tax returns on a "dismissed"
family court matter in
Maricopa County Superior
Court, case no. FC2001-005478

No such debt for this
amount $31,896.61

(H)

NCPDORIP 000226610801 13/003 602-774-9800
DCSS
PO BOX 40458
PHOENIX, AZ 85067-0458

Oct 7, 2017

ALAN M. BARTLETT
4TH AVENUE JAIL ID T242560
201 S 4TH AVE
PHOENIX, AZ 85003-2138



## DEPARTMENT OF ECONOMIC SECURITY
*Your Partner For A Stronger Arizona*

Douglas A. Ducey
Governor

Michael Trailor
Director

### STATE INCOME TAX REFUND PRE-OFFSET NOTICE

Our records show that you may owe overdue court-ordered support and or fees for at least the amount shown below. State law (A.R.S. §42-1122) provides that an individual's income tax refund may be applied against any overdue court-ordered support or fees. The arrears balance that you owe may fluctuate up or down and the debt will be offset at the amount certified as of the date of offset, not necessarily the amount shown in this notice. Consequently, any state income tax refund to which you are entitled could be retained either partially or in full to satisfy the outstanding obligation.

You have the right to contest our determination that this amount of overdue support is owed. **You may contest this determination by requesting an administrative review in writing within thirty (30) days of the date of this notice.** Within the administrative review request you must provide the Department with your current residential and/or mailing address, you or your attorney must sign the request and it must specifically state why you believe the claim does not exist or why the amount of the obligation is not correct. To support this claim you must also provide any and all relevant documentation pertaining to your claim (such as court orders, documentation of support payments made to the custodial parent and/or another state jurisdiction, etc.) along with a copy of this notice. If you should have questions regarding this action they should be directed to the Division of Child Support Services at the number listed below, please do not contact the Department of Revenue about this action.

| SSN: | AMOUNT OVERDUE (AS OF THE DATE OF THIS NOTICE): |
|---|---|
| ***-**-1960 | $31,896.61 |

**************************************************************************************************

Equal Opportunity Employer/Program ● Under Titles VI & VII of the Civil Rights Act of 1964 (Title VI & VII), and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008, the Department prohibits discrimination in admissions, programs, services, activities, or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program or activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact: (602) 252-4045, TTY/TDD Services: 7-1-1.
Free language assistance for DES services is available upon request. Disponible en español en la oficina local.

# EXHIBIT

# FOUR

Michael _____ and the
Clerk of _____ County
Superior Court Mail Fraud
Invoice _____

These are fraud invoices
on Mississippi County Superior
Court case no.

- FC2___-00____
- CV2___-00____
- CV2___-00____

Two MSB - Mississippi Services
Bureau mail fraud invoices
are _____ on the
___



# Clerk of the Superior Court
## Billing & Deferral Unit
## Po Box 25426, Phoenix, AZ 85002
### 602-37-CLERK (25375)
**Statement Date:      December 08, 2017**
## DELINQUENT NOTICE

ALAN MICHAEL BARTLETT
#T242560
3250 W LOWER BUCKEYE RD
PHOENIX, AZ  85009

Case#:  FC2001-005478
Account#:924889
**Account Bal#:$84.00**
Debtor Bal:$1,914.00

**Acceptable forms of payment are Visa, MasterCard, American Express, and Money Order.  Please DO NOT mail cash.  Cash payments may be made at our filing locations.  Please see our website at www.clerkofcourt.maricopa.gov/clerk_loc.asp for location listings.**

Date of Last Payment:
Amount of Last Payment: $0.00

Your account for **OTHER POST DECREE - DEFERRED** is in delinquent status.

**Payment is due** and if not received, this account will be referred to a collection agency.  Additional fees* will be assessed against the unpaid balance. All outstanding accounts are subject to the State Tax Intercept program and any monies the State may owe you will be captured to pay off this debt. If statute allows, a civil judgment may be recorded.
* 16.5% when sent to a collection agency.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Return Your Payment with this Coupon**
***Enclose Money Order*** – payable to Clerk of Superior Court
Credit card payments can be made by calling 602-37-CLERK (25375)
Email Billing questions to: COCbillingdeferrals@mail.maricopa.gov

MAIL TO:      Clerk of Superior Court – Billing & Deferrals Unit - PO Box 25426, Phoenix, AZ 85002

**From:ALAN MICHAEL BARTLETT**
**Account#:924889        Account Bal:$84.00        Case #:FC2001-005478**

***MONEY ORDER ONLY*** - Payment Amount Enclosed $_____

Telephone Number (____)_____

New Address: _____ City_____ State_____Zip_____

Do you consent to have statements emailed? Y [ ] or N [ ]    Email Address: _____

All parties representing themselves must keep the Court updated with changes of address. A form may be downloaded at: http://www.superiorcourt.maricopa.gov/SuperiorCourt/LawLibraryResourceCenter/.

COSC30day No-pay



# Clerk of the Superior Court
## Billing & Deferral Unit
## Po Box 25426, Phoenix, AZ 85002
### 602-37-CLERK (25375)
**Notice Date:**      November 06, 2017
## Notice of Court Fees and Costs Due

ALAN MICHAEL BARTLETT
#T242560
3250 W LOWER BUCKEYE RD
PHOENIX, AZ  85009

Case#:  CV2017-000652
Account#:942269
**Account Bal#:$84.00**
Debtor Bal:$1,564.00

**Acceptable forms of payment are Visa, MasterCard, American Express, and Money Order.  Please DO NOT mail cash; cash payments may be made at Superior Court filing locations which can be found on our website at www.clerkofcourt.maricopa.gov/clerk_loc.asp.  Instructions for payment are below.**

When your case was filed, the court granted you a deferral.  A deferral means you did not have to pay all the costs and fees at the time of filing. Your filing fees for **SUBPOENA - DEFERRED** is now due (please see an itemized list of fees below).  You must either pay this balance by **December 06, 2017,** or call the Billing & Deferral Unit to arrange a payment plan.  If you cannot pay these fees and costs, you may file a Supplemental Application for Further Deferral or Waiver of Court Fees available at Superior Court filing locations or online at: http://www.superiorcourt.maricopa.gov/sscDocs/packets/gnf9z.pdf.

If you disagree with the itemized charges, you may request a hearing by submitting the form available at Superior Court filing locations or online at: http://www.superiorcourt.maricopa.gov/sscDocs/pdf/gnf31fz.pdf. If you do nothing, a judgment for all unpaid fees and costs will be entered against you, which could cause your wages to be garnished or cause other financial consequences.  If you do not understand this notice, you may wish to seek legal advice or contact legal aid for help.

|  | Date | Owed | Adj | Paid | Cancel | Bal |
|---|---|---|---|---|---|---|
| 450 Subpoena | 10/05/2017 | $84.00 | $0.00 | $0.00 | $0.00 | $84.00 |

-------------------------------------------------------------------------------------------------

**Return Your Payment with this Coupon - *Enclose Money Order ONLY* – payable to Clerk of Superior Court**
Credit card payments can be made by calling 602-37-CLERK (25375)
Email Billing questions to: COCbillingdeferrals@mail.maricopa.gov
MAIL TO:      Clerk of Superior Court – Billing & Deferrals Unit - PO Box 25426, Phoenix, AZ 85002
**From:ALAN MICHAEL BARTLETT**
**Account#:942269       Account Bal:$84.00      Case #:CV2017-000652**
Telephone Number (____)_____
New Address: _____ City_____ State_____Zip_____

Do you consent to have statements emailed? Y [ ] or N [ ]    Email Address: _____

COSC Billing Statement1



# Clerk of the Superior Court
### Billing & Deferral Unit
### Po Box 25426, Phoenix, AZ 85002
#### 602-37-CLERK (25375)
**Date of Notice:     October 02, 2017**

## ACCOUNT IN PROCESS OF BEING TRANSFERRED TO OUTSIDE COLLECTIONS

ALAN MICHAEL BARTLETT
T242560
201 S 4TH AVE
PHOENIX, AZ  85003

Case#:  CV2017-007567
Account#:937519
**Account Bal#:$27.00**
Debtor Bal:$1,480.00

Date of Last Payment:
Amount of Last Payment: $0.00

This is an official notice that your account is in the process of being transferred to an Outside Collections Agency for further action.  You will be receiving a notice from Municipal Services Bureau (MSB).  Once you have received notification, you may contact them to make arrangements to settle this account.

*Additional collection fees will be assessed and your account will be referred to the Arizona State Tax Intercept program to capture any monies owed to pay off this debt.

* 16.5% for a private collection agency.

All parties representing themselves must keep the Court updated with changes of address. A form may be downloaded at: http://www.superiorcourt.maricopa.gov/SuperiorCourt/LawLibraryResourceCenter/

COSCOCA

Civil Cover Sheet (attachment)

<u>Defendant(s)</u>   (10 total)

1) Douglas A. Ducey
   1700 W. Washington St., Ste. #800
   Phoenix, Az 85007

2) Arizona Department of Economic Security
   P.O. Box 60
   Phoenix, Az 85001-0060

3) Arizona Department of Economic Security -
   DCSE
   P.O. Box 25426
   Phoenix, Az 85002

4) State of Arizona Attorney General
   1275 W. Washington St.
   Phoenix, Az 85007

5) Maricopa County Attorney Office
   301 W. Jefferson St.
   Phoenix, Az 85003

**MSB**

**MUNICIPAL SERVICES BUREAU**
**PO BOX 16755**
**AUSTIN, TX 78761-6755**
**TOLL FREE: (800) 616-0166**
**AUSTIN, TX: (512) 454-4757**

 Get the Free App at
**http://gettag.mobi** and scan this
image to make your payment now.

**HOURS OF OPERATION:**
**MON - FRI: 7AM - 11PM CST**
**SAT: 8AM - 5PM CST**

To make a payment online or receive
additional information
about your account, please visit us at
www.msbselfserve.com

## YOU HAVE OUTSTANDING COURT FEES

Reference No: 25844843
Dear ALAN MICHAEL BARTLETT:

Date: October 9, 2017
Total Due: $31.46

This letter is to inform you that you have outstanding court fees with Maricopa County – Clerk of Superior Court. As of the date of this letter, the cases listed below HAVE NOT BEEN RESOLVED. The total amount you must pay immediately is $31.46.

Your case(s) is currently being reviewed and is actively being pursued. Municipal Services Bureau is contracted by Maricopa County – Clerk of Superior Court to bring immediate resolution to this obligation. To avoid further pursuance of your case(s), simply send a money order, payable to the address below, or call our office at 1-800-616-0166. Our agents are ready to assist you with fulfilling your financial obligation. This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

| Court | Case # | Amount | Date |
|-------|--------|--------|------|
| MARICOPA COUNTY -COURT FILING FE | 937519 | 31.46 | 07/21/2017 |

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*



**MSB**

**MUNICIPAL SERVICES BUREAU**
PO BOX 16755
AUSTIN, TX 78761-6755
TOLL FREE: (800) 616-0166
AUSTIN, TX: (512) 454-4757



Get the Free App at
http://getaag.mobi and scan this
image to make your payment now.

**HOURS OF OPERATION:**
MON - FRI: 7AM - 11PM CST
SAT: 8AM - 5PM CST

To make a payment online or receive
additional information
about your account, please visit us at
www.msbselfserve.com

## YOU HAVE OUTSTANDING COURT FEES

Date: October 3, 2017
Total Due: $403.09

Reference No: 25793842
Dear ALAN MICHAEL BARTLETT:

This letter is to inform you that you have outstanding court fees with Maricopa County – Clerk of Superior Court. As of the date of this letter, the cases listed below HAVE NOT BEEN RESOLVED. The total amount you must pay immediately is $403.09.

Your case(s) is currently being reviewed and is actively being pursued. Municipal Services Bureau is contracted by Maricopa County – Clerk of Superior Court to bring immediate resolution to this obligation. To avoid further pursuance of your case(s), simply send a money order, payable to the address below, or call our office at 1-800-616-0166. Our agents are ready to assist you with fulfilling your financial obligation. This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

| Court | Case # | Amount | Date |
|---|---|---|---|
| MARICOPA COUNTY – COURT FILING FE | 928489 | 403.09 | 03/13/2017 |

~~rt~~ #7242500

w~~~~ Buckeye Road

~~72~~ 85009

No Postage

Clerk of the U. S. Court
U. S. District Court
231 West Lafayette Blvd,
Detroit, Michigan
48226

RECEIVED

DEC 2 1 2017

CLERK'OFFICE
DETROIT

MARSHAL'S

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Alan M. Bartlett

**(b)** County of Residence of First Listed Plaintiff  Shiawassee

*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  Pro Se
3250 W. Lower Buckeye Road
Phoenix, AZ 85009

## DEFENDANTS

Douglas A. Ducey, et. al.
(See attached for list of defendants)

County of Residence of First Listed Defendant  Maricopa

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED. (10 total defendants)

Attorneys *(If Known)*  unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

28 USC 1332

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☒ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☒ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☒ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  15 USC 1692

Brief description of cause:  Injunction Against Harassment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE  December 14, 2017

SIGNATURE OF ATTORNEY OF RECORD  Alan M. Bartlett Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?      ☐ Yes     ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.       Other than stated above, are there any pending or previously
         discontinued or dismissed companion cases in this or any other   ☐ Yes
         court, including state court? (Companion cases are matters in which  ☒ No
         it appears substantially similar evidence will be offered or the same
         or related parties are present and the cases arise out of the same
         transaction or occurrence.)

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


Notes :